FILED _____ LODGED
_____ RECEIVED
AUG 30 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EUGENE BEAUREGARD & SUSAN BEAUREGARD, <br><br> Plaintiffs, <br><br> v. <br><br> LEWIS COUNTY, WASHINGTON, JOHN HILLOCK & SANDRA HILLOCK, and the marital community composed thereof, <br><br> Defendants. | CASE NO. 11-cv-0638 RBL <br><br> ORDER DENYING PLAINTIFFS' MOTIONS TO AMEND AND FOR INJUNCTION <br> [DKT. NOS. 36 AND 37] |

This matter is before the Court on Plaintiffs' Motions for a Preliminary Injunction [Dkt. #36], enjoining the Defendants from interfering with their fundamental rights; and to Amend their Complaint [Dkt. #37], to add defendants allegedly related to the incidents outlined in their initial complaint, and their prior lawsuits on this subject.

For the reasons outlined in the Court's Order Granting Defendant Lewis County's Motion to Dismiss, and resolving a variety of other Motions [Dkt. #44], the Plaintiffs' Motions are DENIED, and this matter is terminated. The Clerk shall issue a judgment reflecting this fact.

ORDER DENYING PLAINTIFFS' MOTIONS TO
AMEND AND FOR INJUNCTION - 1

IT IS SO ORDERED.

Dated this 16th day of August, 2011.

                                          /s/ Ronald B. Leighton

                                          RONALD B. LEIGHTON
                                          United States District Court Judge