# United States District Court

WESTERN DISTRICT OF WASHINGTON

EUGENE BEAUREGARD & SUSAN BEAUREGARD

    v.

LEWIS COUNTY, WASHINGTON, JOHN HILLOCK & SANDRA HILLOCK, and the martial community composed thereof

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 11-cv-0638

__ __ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

  For the reasons outlined in the Court's Order Granting Defendant Lewis County's Motion to dismiss and resolving a variety of other Motions [Dkt. #44], the Plaintiffs' motions are DENIED, and this matter is terminated.


| _August 31, 2011_ | _WILLIAM M. McCOOL_ |
|---|---|
| Date | Clerk |
| | _s/Caroline M. Gonzalez_ |
| | Deputy Clerk |